# FILED

JAN 1 6 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JONATHAN LEE RICHES,

    Plaintiff,

v.

J EFF FOXWORTHY, et al.,

    Defendants.

Nos. C 08-0068 MJJ (PR)  C 08-0079 MJJ (PR)
C 08-0069 MJJ (PR)  C 08-0080 MJJ (PR)
C 08-0070 MJJ (PR)  C 08-0081 MJJ (PR)
C 08-0071 MJJ (PR)  C 08-0082 MJJ (PR)
C 08-0072 MJJ (PR)  C 08-0083 MJJ (PR)
C 08-0073 MJJ (PR)  C 08-0084 MJJ (PR)
C 08-0074 MJJ (PR)  C 08-0085 MJJ (PR)
C 08-0075 MJJ (PR)  C 08-0086 MJJ (PR)
C 08-0076 MJJ (PR)  C 08-0088 MJJ (PR)
C 08-0077 MJJ (PR)  C 08-0089 MJJ (PR)
C 08-0078 MJJ (PR)  C 08-0090 MJJ (PR)
                    C 08-0091 MJJ (PR)

## ORDER DISMISSING CASES

Plaintiff, a federal prisoner proceeding pro se, filed the 21 civil actions listed above against a variety of defendants. A federal court must conduct a preliminary screening in any case in which a prisoner seeks redress from a governmental entity or officer or employee of a governmental entity. See 28 U.S.C. § 1915A(a). In its review, the court must identify any cognizable claims and dismiss any claims that are frivolous, malicious, fail to state a claim upon which relief may be granted or seek monetary relief from a defendant who is immune from such relief. See id. § 1915A(b)(1),(2). Pro se pleadings must, however, be liberally construed. See Balistreri v. Pacifica Police Dep't, 901 F.2d 696, 699 (9th Cir. 1988).

G:\PRO-SE\MJJ\CR.07\riches70.dsm.wpd

1    In an order filed January 2, 2008, the Court dismissed 22 prior cases filed by plaintiff

2    because they were frivolous. The Court further noted:

3        Within the past two months, plaintiff has sent to this court approximately 160
         different civil complaints setting forth similarly improbable, if not impossible,
4        allegations and frivolous claims against a litany of defendants.[1] Plaintiff has
         also filed frivolous cases in other federal district courts, prompting one United
5        States District Judge to make the following finding about plaintiff's filings:
                 It is not clear whether these outlandish pleadings are
6            products of actual mental illness or simply a hobby akin to short
             story writing. Whatever their origin, and though they are
7            amusing to the average reader, they do nothing more than clog
             the machinery of justice, interfering with the court's ability to
8            address the needs of the genuinely aggrieved. It is time for them
             to stop.
9
10   Consequently, the Court restricted plaintiff from filing any civil complaints in this Court

11   without payment of the full statutory filing fee.

12       The complaints in the above-listed cases must be dismissed because they set forth

13   claims and allegations that are clearly irrational, baseless or frivolous, including, inter alia,

14   that actors Eddie Murphy and Jeff Foxworthy make fun of inmates; that the actor Matt

15   Damon and the character he portrays in a movie, Jason Bourne, have caused plaintiff "brain

16   damage;" and that actor Toby Maguire has a duty to help plaintiff with his "special powers"

17   as "Spiderman." See 28 U.S.C. § 1915A(a); 1915(e)(2); see Denton v. Hernandez, 504 U.S.

18   25, 32 (1992). Moreover, plaintiff has not paid the filing fee in connection with these cases,

19   as required by the January 2, 2008 order. Accordingly, the above-listed cases are hereby

20   DISMISSED, and the Clerk shall close the files.

21       IT IS SO ORDERED.

22   DATED: 1 \ 16 \ 2008

         MARTIN J. JENKINS
         United States District Judge

23

24

25

26

27   _____

28       [1]It has since become clear that the number of cases received from plaintiff prior is
         closer to 300.

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JONATHAN LEE RICHES,

Plaintiff,

v.

JEFF FOXWORTHY et al,

Defendant.

/

Case Numbers:

| | |
|---|---|
| C 08-0068 MJJ (PR) | C 08-0079 MJJ (PR) |
| C 08-0069 MJJ (PR) | C 08-0080 MJJ ( PR) |
| C 08-0070 MJJ (PR) | C 08-0081 MJJ (PR) |
| C 08-0071 MJJ (PR) | C 08-0082 MJJ (PR) |
| C 08-0072 MJJ (PR) | C 08-0083 MJJ (PR) |
| C 08-0073 MJJ (PR) | C 08-0084 MJJ (PR) |
| C 08-0074 MJJ (PR) | C 08-0085 MJJ (PR) |
| C 08-0075 MJJ (PR) | C 08-0086 MJJ (PR) |
| C 08-0076 MJJ (PR) | C 08-0088 MJJ (PR) |
| C 08-0077 MJJ (PR) | C 08-0089 MJJ (PR) |
| C 08-0078 MJJ (PR) | C 08-0090 MJJ (PR) |
| | C 08-0091 MJJ (PR) |

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 16, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jonathan Lee Riches
F.C.I. Williamsburg
Prisoner Id 40948-018
P.O. Box 340
Salters, SC 29590

Dated: January 16, 2008

Richard W. Wieking, Clerk
By: Monica Narcisse, Deputy Clerk